# Order

Michigan Supreme Court
Lansing, Michigan

July 26, 2010

Marilyn Kelly,
Chief Justice

140812

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LARRY BYERS,
      Plaintiff-Appellant,

v

HONEYTREE II LTD. PARTNERSHIP, d/b/a
THE CROSSINGS AT CANTON,
      Defendant-Appellee,
and

PREMIER APARTMENT STAFFING
SERVICES, INC.,
      Defendant.

_____/

SC: 140812
COA: 288907
Wayne CC: 07-710200-CD

On order of the Court, the application for leave to appeal the February 11, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

0719